The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY COLBERT,

Defendant.

NO. CR18-158 RSM

ORDER GRANTING MOTION TO
SEAL EXHIBITS A AND B TO
GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR
COMPASSIONATE RELEASE
PURSUANT TO 18 U.S.C.
§ 3582(c)(1)(A)

This matter has come before the Court on the motion to seal Exhibits A and B to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibits A and B to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order
*United States v. Colbert,* CR18-158 RSM

- 1 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS HEREBY ORDERED that Exhibits A and B to Government's Response to

2  Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)

3  be filed under seal.

4    DATED this 10th day of December, 2020.

5

6

7

8    _____

9    RICARDO S. MARTINEZ
   CHIEF UNITED STATES DISTRICT JUDGE

10

11  Presented by:

12

13  /s/ Amy Jaquette
   AMY JAQUETTE

14  Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sealing Order                                    - 2
*United States v. Colbert,* CR18-158 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970