UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-158RSM |
| Plaintiff, | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| ANTHONY COLBERT, | |
| Defendant. | |

This matter has come before the Court on Anthony Colbert's motion to terminate his remaining period of supervised release. The Court has reviewed the defendant's motion, the response of the government and the records and files herein.

IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is DENIED.

DATED this 5th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1